PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ANTHONY MATLOCK,<br><br>　　　　　　Defendant. | Case No: 1:17-cr-00006 LJO/SKO<br><br>**STIPULATION TO CONTINUE MARCH 20, 2017 STATUS CONFERENCE TO APRIL 3, 2017; ORDER**<br><br>Ctrm: 7<br><br>Hon. Sheila K. Oberto |

　　　THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Barbara Hope O'Neill, counsel for Defendant Richard Anthony Matlock ("defendant"), that this action's **Monday, March 20, 2017 status conference be continued to Monday, April 3, 2017, at 1:00 p.m.**

　　　The parties base this stipulation on good cause. To explain, on January 19, 2017, defendant appeared at the U.S. District Court in Fresno, Courtroom 8, for his arraignment. Doc. 6. At the conclusion of this appearance, the court set an initial status conference to take place at the U.S. District Court in Fresno, Courtroom 7, on March 20, 2017. Ibid. On February 13, 2017, counsel for the parties

1

received a note from chambers of Courtroom 7 advising that there "will be no status conference calendar on this date", and asking the parties to instead select April 3, 2017 or May 1, 2017. After conferring about this issue, counsel for both parties determined that they were both available on April 3, 2017.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: February 23, 2017 | By: Brian W. Enos<br>BRIAN W. ENOS<br>Assistant U.S. Attorney |
|  | (As auth. 2/28/17) |
| Dated: February 28, 2017 | /s/  Barbara Hope O'Neill<br>Barbara Hope O'Neill<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   **February 28, 2017**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE