PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ANTHONY MATLOCK,<br><br>Defendant. | No. 1:17-CR-00006-LJO-SKO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on September 21, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Richard Anthony Matlock in the following property:

   a. Samsung Galaxy Grand Prime cellular phone, Model SM-G530AZ, seized from defendant by law enforcement on or about September 23, 2016;

   b. Samsung Galaxy S6 cellular phone, Model SM G920T, seized from defendant by law enforcement on or about September 23, 2016; and

   c. Computer, compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about September 23, 2016.

AND WHEREAS, beginning on September 30, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of

the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Richard Anthony Matlock.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Investigation, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **December 28, 2017**            /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE