UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>RICHARD ANTHONY MATLOCK,<br><br>Defendant-Petitioner. | No.  1:17-cr-00006-NONE-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. No. 32) |

On November 30, 2018, Richard Matlock ("petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 ("§ 2255 motion").  (Doc No. 32.)  Petitioner raised one claim of ineffective assistance of trial counsel under the Sixth Amendment, though the single claim enumerated many stages of the litigation process.  (*Id*. at 4.)  Petitioner did not state facts or circumstances supporting his claim; instead, he filed what he described as a "skeleton form" together with a request to extend time to "file new grounds."  (*Id*. at 14.)  On July 30, 2020, having received no further filings or communications from petitioner, the court issued an order advising petitioner of his options, including proceeding on the § 2255 motion as filed, amending the motion, or withdrawing the motion.  (Doc. No. 36.) The court further advised that if it received no response from petitioner, it would issue a scheduling order and prepare to rule on the motion as it was filed on November 30, 2018.  (*Id*.)

Accordingly, having received no response from petitioner, the court ORDERS as follows:

1. The government shall file a response to petitioner's § 2255 motion by <u>March 15, 2021</u>; and

2. Petitioner shall file a reply, if any, no later than <u>May 14, 2021</u>.

IT IS SO ORDERED.

Dated:   **January 12, 2021**                    /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE