UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>RICHARD ANTHONY MATLOCK,<br><br>　　　　Defendant-Petitioner. | No. 1:17-cr-00006-NONE-SKO-1<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Doc. No. 41) |

　　Good cause appearing, the government's motion for an extension of time, to **May 14, 2021** (Doc. No. 41), to file its response to petitioner's § 2255 motion is GRANTED. The court will address the government's related request regarding waiver of the attorney client privilege by way of a separate order.

IT IS SO ORDERED.

　Dated:　**March 15, 2021**　　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1